UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NEWSPAPER GUILD OF ST. LOUIS, LOCAL 36047, TNG-CWA, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) |
| ST. LOUIS POST-DISPATCH, LLC, | ) ) |
| Defendant. | ) |

Case No.   4:09CV412 RWS

## MEMORANDUM AND ORDER

In light of the suggestion of bankruptcy of Defendant St. Louis Post-Dispatch, LLC, filed by Defendant's counsel and the stay of this action which results, the Court concludes that the case should be administratively closed until such time as the bankruptcy proceedings have been concluded or Court action is otherwise required.  Any motion seeking reopening of the case shall state:

(a) the facts and procedural history, including any significant occurrences in the bankruptcy proceedings;

(b) the issues remaining for determination by this Court;

(c) the potential for settlement, and the status of any settlement discussions;

(d) whether an amended Rule 16 scheduling conference is requested;

(e) the status of discovery;

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall administratively **CLOSE** this action, subject to reopening on a motion filed in compliance with this order.

**IT IS FURTHER ORDERED** that any pending motions are denied without prejudice to be refiled in the event the case is reopened.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 20th day of December, 2011.